GEORGE H. CLARK, as Administrator, etc., Respondent, *v.*
JOHN W. HANNAN, Appellant.

(Argued April 22, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of January, 1888, which affirmed a
judgment in favor of plaintiff, entered upon a verdict and
affirmed an order of Special Term denying a motion for a
new trial.

*Adelbert Moot* for appellant.

*David N. Salisbury* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DYCKMAN WALDRON, as Executor, etc., Respondent, *v.* CHARLES
SCHLANG, Appellant.

(Argued April 22, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 19, 1888, which directed a judgment in favor of
plaintiff upon a case submitted under section 1279 of the
Code of Civil Procedure.

*James M. Baldwin* for appellant.

*John K. Van Ness* for respondent.

Agree to affirm ; no opinion.

All concur.
Judgment affirmed.